# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**THEODIS HILL**                                                  **PETITIONER**

**v.**             **Case No. 4:16-cv-00231 KGB/PSH**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                   **RESPONDENT**

## ORDER

The Court has received Findings and a Recommendation from United States Magistrate Judge Patricia S. Harris (Dkt. No. 7). No objections have been filed. After a *de novo* review of the record, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The motion to dismiss filed by petitioner Theodis Hill is granted (Dkt. No. 5). Mr. Hill's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice.

So ordered this 2nd day of December, 2016.

*[Signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge